**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CYNTHIA MAUREEN TELLO, et al.,<br><br>        Defendants. | CV 25-10327 PA (MARx)<br><br>JUDGMENT |
| And Related Cross-Claim | |

Pursuant to the Court's May 12, 2026 Order granting the parties' Stipulation for Deposit of Insurance Policy Proceeds, Discharge of Liability, and Dismissal with Prejudice, the Court's June 17, 2026 Order granting the Motion for Summary Judgment filed by defendant Zoila Tello, and the Court's July 1, 2026 Order granting the Motion for Default Judgment against Cesar Tello, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Zoila Tello is the sole owner and beneficiary of the life insurance policy No. MV3457621 f/k/a Policy No. B1345-76-21issued on the life of Galo Alfredo Tello, and is entitled to 100% of the interpleaded funds deposited with the Clerk of Court in this action, together with any interest accrued thereon;

2.      All claims by Defendants and Crossclaimants Cynthia Tello, Jennifer Tello, Paola Tello, Maria Pereira, Myrian Tello, Michael Tello, and Cesar Tello to the policy proceeds or to the interpleaded funds are hereby dismissed;

3.      The Clerk of Court is directed to disburse the entire amount of the interpleaded funds on deposit in this action, together with any accrued interest, to Zoila Tello, care of her counsel of record, made payable to "Interpleader Law, LLC IOLTA" and mailed to: Michael Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

DATED: July 1, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

cc:     Fiscal

-2-